212 So.2d 429

**STATE of Louisiana**

v.

**Abe WILKS, Jr.**

No. 49430.

Aug. 7, 1968.

In re: Abe Wilks, Jr. applying for writ of certiorari.

The application is denied. We find no error in the ruling complained of.

212 So.2d 429

**CITY OF WEST MONROE**

v.

**John A. BERGERON.**

No. 49436.

Aug. 7, 1968.

In re: John A. Bergeron applying for writ of certiorari or review.

Writ refused. The ruling complained of presents no error.